# United States District Court
## Violation Notice

(Rev. 1/2016)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MK11 | 9467695 | Riggs | U22 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/07/2026 1937 | 18 USC. 1801 |

Place of Offense: 1510 Porter Street Fort Detrick MD 21702

Offense Description: Factual Basis for Charge — HAZMAT ☐

video voyeurism

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Miller | Alexander | H |

Street Address [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedman Drive Fort Detrick MD 21702 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9467695*

CVB SCAN 05/27/2026 15:48

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07 April, 2026 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

MPI was dispatched to building 1510 for a person recording someone in the bathroom with a cell phone. Subject was IDed by his MP ID card as Alexander Miller. MPI questioned Miller regarding the incident. Miller admitted that he used his cell phone to take a video of Bolden without his knowledge. Miller was advised of his legal rights on a DA Form 3881. Miller waived his rights and made a sworn statement on a DA Form 2823. He stated on his sworn statement he took the video "to get off to". Miller was transported to the Fort Detrick police station to be processed. Miller's phone was collected as evidence and is being processed by Army CID.

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/07/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/27/2026 15:48